| **PLAINTIFFS**<br>JOSEPH V. WOMACK, TRUSTEE | **DEFENDANT(S)**<br>JAMES J. LENZEN |
|---|---|
| **ATTORNEYS** (Firm Name, Address & Telephone No.)<br>JOSEPH V. WOMACK<br>WOMACK & ASSOCIATES, LLC<br>P. O. Box 81065<br>Billings, MT 59108 | **ATTORNEYS** (If known)<br>FRANK PAUL PIPITONE<br>PIPITONE LAW<br>2115 DURSTON ROAD STE. 9<br>BOZEMAN, MT 59718 |
| **PARTY**<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☒ Trustee | **PARTY**<br>☒ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (Write a brief Statement of Cause of Action, including all U.S. Statutes involved) 28 U.S.C. §1334 and 28 U.S.C. §157

## NATURE OF SUIT
(Number up to five boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property – other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
**1.** 41-Objection/Revocation of Discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of Confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

☐ 61- Dischargeability - §523(a)(5), domestic support
☐ 68- Dischargeability - §523(a)(6), willful and malicious injury
☐ 63- Dischargeability - §523(a)(8), student loan
☐ 64- Dischargeability - §523(a)(15), divorce/sep property settlement/decree
☐ 65- Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71- Injunctive Relief – reinstatement of stay
☐ 72 Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
☐ 91-Declaratoy judgment

**FRBP 7001(10) – Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☐ Check if this case involves a substantive issue of state law
☐ Check if this is asserted to be a class action under FRCP 23
☐ Check if jury trial is demanded in complaint
☐ Demand $
☐ Other Relief Sought:

## BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR  JAMES J. LENZEN | | BANKRUPTCY CASE #  23-10138-7 |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>DISTRICT OF MONTANA | DIVISIONAL OFFICE<br>BILLINGS DIVISION | NAME OF JUDGE<br>Hon. BENJAMIN P. HURSH |

## RELATED ADVERSARY PROCEEDINGS (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING # |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |

| **DATE**<br>10/03/2024 | **PRINT NAME OF ATTORNEY**<br>Joseph V. Womack | **SIGNATURE OF ATTORNEY**<br>By: /s/ Joseph V. Womack<br>Joseph V. Womack<br>Attorney for Plaintiff |
|---|---|---|